IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

LEISA BATTLE, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 10-0548-M
:
MICHAEL J. ASTRUE, :
Commissioner of Social Security,:
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Leisa Battle and against Defendant Michael J. Astrue.

DONE this 28th day of April, 2011.

                        s/BERT W. MILLING, JR.
                        UNITED STATES MAGISTRATE JUDGE